[No. 5495.]

## JOHN SUTHERLAND, SR., AND THOMAS R. DEAN *v.* J. B. SWEEM.

JURISDICTION OF JUSTICES OF THE PEACE — UNCONSTITUTIONAL STATUTE.—So much of the Act of February 4th, 1874, (Stats. 1873–4, p. 50) as attempts to confer upon Justices' Courts jurisdiction in the sale of trespassing animals is unconstitutional, for the reason that it attempts to confer equity powers upon the said Courts.

APPEAL from the District Court of the Thirteenth Judicial District, Fresno County.

The action was replevin for three hundred and forty-five head of cattle belonging to the plaintiffs. The defendant justified the detention of the cattle by virtue of certain proceedings in the Justice's Court, under the Act of February 4th, 1874, (Stats. 1873–4, p. 50) " to protect agriculture, and to prevent trespassing of animals on private property ' in the counties of Fresno, Tulare," etc. He offered in evidence against the plaintiffs' objections the record in the Justice's Court, and it was admitted. Judgment was rendered for the defendant, and the plaintiffs appealed.

*Sol. A. Sharp, E. C. Winchell,* and *H. H. Daly,* for Appellants.

*W. D. Tupper,* for Respondent.

By the COURT:

The Court below erred in admitting in evidence, against the plaintiff's objection, the record of the proceedings in the Justice's Court. In *Young* v. *Wright*, 52 Cal. 407, we held that so much of the Act of February 4th, 1874, (Stats. 1873-4, p. 50) as attempts to confer upon Justices' Courts jurisdiction in the class of cases provided for in that act, is unconstitutional and void. The proceedings in the Justice's Court were therefore null and void, and were not admissible in evidence for any purpose.

Judgment and order reversed, and cause remanded for a new trial.